Lorenzo E. Gasparetti (SBN 135976)
lgasparetti@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269

Attorneys for Defendants
Private National Mortgage Acceptance
Company, LLC and Mortgage Electronic
Registration Systems, Inc.
[Following the Court's entry of the attached
[Proposed] Order]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. CALDWELL, an individual; MARY F. CALDWELL, an individual., <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHERN PACIFIC MORTGAGE CORPORATION, a California corporation; TRACY S. WARNER, an individual; CITIBANK NA, a business entity, form unknown; INVESTORS TRUST MORTGAGE INVESTMENT COMPANY, INC., a California corporation; FIRST AMERICAN TITLE COMPANY, a California corporation; COMMONWEALTH LAND TITLE CO., a California corporation; FIDELITY NATIONAL TITLE INSURANCE CO. dba LSI, an Arizona corporation; VERDUGO TRUSTEE SERVICE CORPORATION, a California corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, a Delaware corporation; CITIMORTGAGE, INC., New York corporation; PRIVATE NATIONAL MORTGAGE ACCEPTANCE COMPANY, LLC, a Delaware limited liability company; CR TITLE SERVICES, INC., a Delaware corporation; STEWART TITLE OF CA., a California corporation; and DOES 1-100, inclusive, <br><br> Defendants. | No.: 3:10-cv-05306 ~~MEJ~~ TEH <br><br> **APPLICATION FOR SUBSTITUTION OF COUNSEL ON BEHALF OF PRIVATE NATIONAL MORTGAGE ACCEPTANCE COMPANY, LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; [~~PROPOSED~~] ORDER AUTHORIZING SUBSTITUTION OF COUNSEL ON BEHALF OF PRIVATE NATIONAL MORTGAGE ACCEPTANCE COMPANY, LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** <br><br> **Compl. Filed:** November 23, 2010 (removed from Alameda County Superior Court) <br> **Trial Date:** Not Yet Set <br><br> ~~Honorable Maria Elena James~~ |

– 1 –

Application for Substitution of Counsel; [Proposed] Order Authorizing Substitution

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN THAT** by way of this Application for Substitution of Counsel, Defendants Private National Mortgage Acceptance Company, LLC ("PNMAC") and Mortgage Electronic Registration Systems, Inc. ("MERS") seek to substitute the law firm of Reed Smith LLP as their counsel of record in this action, in place of Pite Duncan, LLP. PNMAC and MERS respectfully request that the Court authorize this substitution and that Reed Smith LLP be substituted on the service list as their counsel of record. Subject to the Court's authorization, the service list should be updated to provide for service upon PNMAC and MERS by way of Lorenzo Gasparetti and Karen Braje of Reed Smith, LLP, located at 101 Second Street, Suite 1800, San Francisco, CA 94105 [(415) 543-8700 (telephone) and (415) 391-8269 (facsimile)].

Reed Smith LLP hereby accepts the substitution into this case as described above.

DATED: December 13, 2010.

REED SMITH LLP

By _____
Lorenzo E. Gasparetti
Karen A. Braje

Pite Duncan, LLP hereby accepts the substitution out of this case as described above.

DATED: December 10, 2010.

PITE DUNCAN, LLP

By _____
Christopher L. Peterson
Cuong M. Nguyen
Attorneys for Defendants
Private National Mortgage Acceptance Company, LLC and Mortgage Electronic Registration Systems, Inc.

## [~~PROPOSED~~] ORDER

Defendants Private National Mortgage Acceptance Company, LLC and Mortgage Electronic Registration Systems, Inc. make this application to substitute as counsel in this action the law firm of Reed Smith LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105, in place of Pite Duncan, LLP.

Having considered the Application for Substitution of Counsel and finding good cause therefore, IT IS HEREBY ORDERED that the law firm of Reed Smith LLP is substituted as counsel for Private National Mortgage Acceptance Company, LLC and Mortgage Electronic Registration Systems, Inc. in this action. The Court's service list shall be updated to reflect this substitution and all parties shall update their proofs of service as well.

IT IS SO ORDERED.

Dated: December 13, 2010.



Judge Thelton E. Henderson

US_ACTIVE-105062542.1

Application for Substitution of Counsel; [Proposed] Order Authorizing Substitution