1  NANCY J. JOHNSON, CA STATE BAR NO. 111615
   BERLINER COHEN
2  TEN ALMADEN BOULEVARD
   ELEVENTH FLOOR
3  SAN JOSE, CALIFORNIA 95113-2233
   TELEPHONE: (408) 286-5800
4  FACSIMILE: (408) 998-5388
   nancy.johnson@berliner.com

ATTORNEYS FOR DEFENDANT STEWART TITLE OF CALIFORNIA, INC., A CALIFORNIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN M. CALDWELL, an individual and MARY F. CALDWELL, and individual, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHERN PACIFIC MORTGAGE CORPORATION, a California corporation; TRACEY S. WARNER, an individual; CITIBANK NA, a Business Entity, form unknown; INVESTORS TRUST MORTGAGE INVESTMENT COMPANY, INC., a California corporation; FIRST AMERICAN TITLE COMPANY, a California corporation; COMMONWEALTH LAND TITLE CO., a California corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY dba LSI, an Arizona corporation; VERDUGO TRUSTEE SERVICE CORPORATION, a California corporation; MORTGAGE ELECTRONIC REGISTRATIONS SYTEMS, a Delaware corporation; CITIMORTGAGE, INC., a New York corporation; PRIVATE NATIONAL MORTGAGE ACCEPTANCE COMPANY, LLC, a Delaware limited liability corporation; CR TITLE SERVICES, INC., a Delaware corporation; STEWART TITLE OF CALIFORNIA, a California corporation; and DOES 1-100 inclusive, <br><br> Defendants. | CASE NO. 3:10-CV-05306-TEH <br><br> STIPULATION BETWEEN PLAINTIFFS AND STEWART TITLE OF CALIFORNIA, INC. FOR DISMISSAL OF STEWART TITLE OF CALIFORNIA, INC., AND [PROPOSED] ORDER |

CASE NO. 3:10-CV-05306-TEH                                    -1-
STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT STEWART TITLE OF CALIFORNIA, INC.
FOR DISMISSAL OF STEWART TITLE OF CALIFORNIA, INC. AND [PROPOSED] ORDER

\NJJ\835186.1
120610-13139035

**STIPULATION BETWEEN PLAINTIFFS AND STEWART TITLE OF CALIFORNIA, INC. FOR DISMISSAL OF STEWART TITLE OF CALIFORNIA, INC.**

Plaintiffs John M. Caldwell and Mary F. Caldwell and Defendant Stewart Title of California, Inc., through their respective attorneys, hereby agree to, and request, the Dismissal of Stewart Title of California, Inc. without prejudice.

IT IS SO STIPULATED.

DATED: DECEMBER 16, 2010     LAW OFFICE OF JOSEPH A. LEPERA

BY: _____/s/ JOSEPH A. LEPERA_____
    JOSEPH A. LEPERA
    ATTORNEYS FOR PLAINTIFFS JOHN M.
    CALDWELL AND MARY F. CALDWELL

DATED: DECEMBER 16, 2010     BERLINER COHEN

BY: _____/s/ NANCY J. JOHNSON_____
    NANCY J. JOHNSON
    ATTORNEYS FOR DEFENDANT STEWART
    TITLE OF CALIFORNIA, INC., A CALIFORNIA
    CORPORATION

### [~~PROPOSED~~] ORDER

Pursuant to the Stipulation between Plaintiffs John M. Caldwell and Mary F. Caldwell and Defendant Stewart Title of California, Inc., the dismissal of Stewart Title of California, Inc. is hereby ordered. The dismissal is without prejudice.

DATED: _____12/16_____, 2010

BY: _____
    THELTON
    JUDGE, NORTHERN
    DISTRICT

*[Signature: Thelton E. Henderson]*
*Judge Thelton E. Henderson*
*United States District Court, Northern District of California (seal)*

CASE NO. 3:10-CV-05306-TEH     -2-

STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT STEWART TITLE OF CALIFORNIA, INC.
FOR DISMISSAL OF STEWART TITLE OF CALIFORNIA, INC. AND [PROPOSED] ORDER

\NJJ\835186.1
120610-13139035