1  PETER J. SALMON (SBN 174386)
   CHRISTOPHER L. PETERSON (SBN 215069)
2  CUONG M. NGUYEN (SBN 248586)
   PITE DUNCAN, LLP
3  4375 JUTLAND DRIVE, SUITE 200
   P.O. BOX 17935
4  SAN DIEGO, CA 92177-0935
   TELEPHONE: (858) 750-7600
5  FACSIMILE: (619) 590-1385
   E-Mail: cnguyen@piteduncan.com
6
   Attorneys for Defendants PRIVATE NATIONAL MORTGAGE ACCEPTANCE COMPANY,
7  LLC; CITIBANK, NA; CITIMORTGAGE, INC.; CR TITLE SERVICES, INC.; and
   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11 JOHN M. CALDWELL, an individual;          Case No. 10-CV-05306-M̶E̶J̶ TEH
   MARY F. CALDWELL, an individual,
12                                           STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶]
                  Plaintiffs,                ORDER RE: POSTPONEMENT OF
13                                           FORECLOSURE SALE AND FOR
          v.                                 WITHDRAWAL OF PLAINTIFFS' EX
14                                           PARTE MOTION FOR TEMPORARY
   NORTHERN PACIFIC MORTGAGE                 RESTRAINING ORDER AND
15 CORPORATION, a California corporation;    PRELIMINARY INJUNCTION
   TRACEY S. WARNER, an individual;
16 CITIBANK NA, a Business Entity, form
   unknown; INVESTORS TRUST
17 MORTGAGE INVESTMENT COMPANY
   INC., a California corporation; FIRST
18 AMERICAN TITLE COMPANY, a California
   Corporation; COMMONWEALTH LAND
19 TITLE CO., a California Corporation;
   FIDELITY NATIONAL TITLE INSURANCE
20 COMPANY dba LSI, an Arizona corporation;
   VERDUGO TRUSTEE SERVICE
21 CORPORATION, a California corporation;
   MORTGAGE ELECTRONIC
22 REGISTRATION SYSTEMS, a Delaware
   corporation; CITIMORTGAGE, INC., a New
23 York corporation; PRIVATE NATIONAL
   MORTGAGE ACCEPTANCE COMPANY,
24 LLC, a Delaware limited liability corporation;
   CR TITLE SERVICES, INC., a Delaware
25 corporation; STEWART TITLE OF CA., a
   California corporation; and DOES 1-100
26 inclusive,

27                Defendants.

28 / / /

**STIPULATION**

Plaintiffs, JOHN M. CALDWELL and MARY F. CALDWELL ("Plaintiffs"), and Defendant, PRIVATE NATIONAL MORTGAGE COMPANY, LLC ("PennyMac"), through their respective undersigned counsels, enter into this stipulation to postpone the pending trustee's sale and for withdrawal of Plaintiffs' Ex Parte Motion for TRO and Preliminary Injunction.

The parties stipulate as follows:

1. PennyMac agrees to postpone the pending trustee's sale, currently scheduled for December 13, 2010, for 60 days; and

2. Plaintiffs agree to withdraw their Ex Parte Motion for TRO and Preliminary Injunction (Doc. #12).

IT IS SO STIPULATED.

Respectfully submitted,

PITE DUNCAN, LLP

Dated: December 10, 2010     By:    /s/ Cuong Nguyen
                                    CUONG M. NGUYEN
                                    Attorneys for Defendants
                                    PRIVATE NATIONAL MORTGAGE
                                    ACCEPTANCE COMPANY, LLC;
                                    CITIBANK, N.A.; CITIMORTGAGE, INC.;
                                    CR TITLE SERVICES, INC.; and
                                    MORTGAGE ELECTRONIC
                                    REGISTRATION SYSTEMS, INC.


LEPERA & ASSOCIATES, PC

Dated: December 10, 2010     By:    /s/ Joseph Lepera
                                    JOSEPH A. LEPERA
                                    Attorneys for Plaintiffs
                                    JOHN M. CALDWELL and
                                    MARY F. CALDWELL


## ORDER

Based upon the above Stipulation between Plaintiffs and Defendant PennyMac and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction (Doc. #12) shall be deemed withdrawn.

IT IS SO ORDERED.

Dated: 12/21/10    _____



HON.
U.S.
Judge Thelton E. Henderson

## CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935.

I hereby certify that on December 10, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joseph Antonio Lepera, joseph@leperalaw.com;

Glen Howard Olives, glen.olives@fnf.com;

Nancy Johnson, njj@berliner.com

I further certify that on December 10, 2010, I served the above-described documents by U.S. Mail on the following, who are not registered participants of the CM/ECF System:

N/A

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of December 2010, at San Diego, California.

_____
CRYSTAL HANLEY

2242614.wpd