JOSEPH A. LEPERA (SBN 207615)
LEPERA & ASSOCIATES, PC
One Market – Spear Tower, 36th Floor
San Francisco, California 94105
Telephone: (415) 215-1001
Facsimile: (415) 398-1696
E-mail: joseph@leperalaw.com

Attorneys for Plaintiffs
John M. Caldwell and Mary F. Caldwell

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN M. CALDWELL, an individual; MARY F. CALDWELL, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>NORTHERN PACIFIC MORTGAGE CORPORATION, a California corporation; TRACEY S. WARNER, an individual; CITIBANK NA, a Business Entity, form unknown; INVESTORS TRUST MORTGAGE INVESTMENT COMPANY INC., a California corporation; FIRST AMERICAN TITLE COMPANY, a California Corporation; COMMONWEALTH LAND TITLE CO., a California Corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY dba LSI, an Arizona corporation; VERDUGO TRUSTEE SERVICE CORPORATION , a California corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, a Delaware corporation; CITIMORTGAGE, INC., a New York corporation; PRIVATE NATIONAL MORTGAGE ACCEPTANCE COMPANY, LLC, a Delaware limited liability company; CR TITLE SERVICES, INC. , a Delaware corporation; STEWART TITLE OF CA. , a California corporation; and DOES 1-100 inclusive,<br><br>　　　　　　　　Defendants. | Case No. 3:10-CV-05306-TEH<br><br>**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT FIRST AMERICAN TITLE COMPANY FOR DISMISSAL OF FIRST AMERICAN TITLE COMPANY AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER** |

1

*Caldwell, et al.  v. Northern Pacific Mortgage Corp., et al. – Case No. 3:10-cv-05306-TEH*
**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT FIRST AMERICAN TITLE COMPANY FOR DISMISSAL OF FIRST AMERICAN TITLE COMPANY AND [PROPOSED] ORDER**

## STIPULATION BETWEEN PLAINTIFFS JOHN M. CALDWELL AND MARY F. CALDWELL AND DEFENDANT FIRST AMERICAN TITLE COMPANY FOR DISMISSAL OF FIRST AMERICAN TITLE COMPANY

**IT IS HEREBY** stipulated and agreed by Plaintiffs John M. Caldwell and Mary F. Caldwell and Defendant First American Title Company through their respective attorneys, in the above captioned action that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby agree to, and request, the dismissal of First American Title Company without prejudice.

IT IS SO STIPULATED.

Dated:  December 16, 2010            LEPERA & ASSOCIATES, PC


                                     By:  */s/ Joseph A. Lepera*
                                          Joseph A. Lepera
                                          Attorneys for Plaintiffs John M. Caldwell
                                          and Mary F. Caldwell

Dated:  December 16, 2010            STEYER LOWENTHAL BOODROOKAS
                                     ALVAREZ & SMITH LLP


                                     By:  */s/ Jayne Peeters*
                                          Jayne Peeters
                                          Attorneys for Defendant First American
                                          Title Company
2

*Caldwell, et al.  v. Northern Pacific Mortgage Corp., et al. – Case No. 3:10-cv-05306-TEH*
**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT FIRST AMERICAN TITLE COMPANY FOR DISMISSAL OF FIRST AMERICAN TITLE COMPANY AND [PROPOSED] ORDER**

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation between Plaintiffs John M. Caldwell and Mary F. Caldwell and Defendant First American Title Company, the dismissal of First American Title Company is hereby ordered. The dismissal is without prejudice.

Dated: 01/03/2011, ~~2010~~

By: _____
Thelton
Judge, ~~Northern~~
District



3

*Caldwell, et al. v. Northern Pacific Mortgage Corp., et al. – Case No. 3:10-cv-05306-TEH*
**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT FIRST AMERICAN TITLE COMPANY FOR DISMISSAL OF FIRST AMERICAN TITLE COMPANY AND [PROPOSED] ORDER**