IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN M. CALDWELL, et al.,

           Plaintiffs,

    v.

NORTHERN PACIFIC MORTGAGE CORPORATION, et al.,

           Defendants.

NO. C10-5306 TEH

ORDER RESCHEDULING HEARING AND SETTING DEADLINES

    Two motions to dismiss are pending in this case. The first was filed on December 6, 2010, by Defendants Citibank, N.A., Citimortgage, Inc., CR Title Services, Inc., Private National Mortgage Acceptance Company, LLC, and Mortgage Title Registration Systems, Inc. This motion will be referred to herein as the "Citibank Motion." The second motion was filed on December 9, 2010, by Defendants Commonwealth Land Title Company and Fidelity National Title Insurance Company/LSI. This motion will be referred to herein as the "Commonwealth Motion." After these motions were filed, the case was reassigned to this Court. The parties who filed the Citibank Motion re-noticed their motion for a hearing on January 24, 2011. The parties who filed the Commonwealth Motion apparently attempted to re-notice the Commonwealth Motion, but instead re-noticed the Citibank Motion, rescheduling it to January 31, 2011.[1] As a result, only the Citibank Motion is scheduled to be heard by this Court, and it is set for hearing on January 31, 2011. Because of this confusion, the Court hereby VACATES the January 31, 2011 hearing date and sets the following

---

[1] The Court is aware that Plaintiffs have stipulated to the dismissal of Defendants Commonwealth Land Title Company and Fidelity National Title Insurance Company/LSI, the parties to the Commonwealth Motion. The Commonwealth Motion is therefore moot.

schedule:

• The Citibank Motion is set for hearing on **February 7, 2011, at 10 a.m.**

• Plaintiffs filed an opposition to the Citibank Motion on January 3, 2011. Defendants Private National Mortgage, LLC, and Mortgage Electronic Registration Systems, Inc., filed a reply on January 10, 2011. Any reply to the Citibank Motion by Defendants Citibank, N.A., Citimortgage, Inc., and CR Title Services, Inc., must be filed no later than **Tuesday, January 18, 2011.**

The stipulation regarding postponement of the trustee sale expires in February 2011. The parties to that stipulation shall meet and confer regarding whether further postponement of the trustee sale is necessary.

**IT IS SO ORDERED.**

Dated: 1/12/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT