1  **GLEN H. OLIVES  (SBN 057942)**
   glen.olives@fnf.com
2  **FIDELITY NATIONAL LAW GROUP,**
   **a division of Fidelity National Title Group, Inc.**
3  100 North Wiget Lane, Suite 150
   Walnut Creek, CA 94598
4  Telephone: (925) 930-9550
   Facsimile: (925) 930-9588
5
   Attorney for Defendants Commonwealth Land Title Company
6  and Fidelity National Title Insurance Company/LSI

7              **UNITED STATED STATES DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

9              **SAN FRANCISCO DIVISION**
                                              TEH
10 JOHN M. CALDWELL, an individual; MARY )   **CASE NO.  10-CV-05306-~~MEJ~~**
   F. CALDWELL, an individual,            )
11                                         )   **STIPULATION BETWEEN PLAINTIFFS**
              Plaintiffs,                  )   **JOHN M. CALDWELL AND MARY  F.**
12                                         )   **CALDWELL AND DEFENDANTS**
         vs.                               )   **COMMONWEALTH LAND TITLE**
13                                         )   **COMPANY AND FIDELITY NATIONAL**
   NORTHERN PACIFIC MORTGAGE              )   **TITLE INSURANCE COMPANY/LSI  FOR**
14 CORPORATION, a California Corporation;  )   **DISMISSAL OF  COMMONWEALTH**
   TRACEY S. WARNER, an individual;       )   **LAND TITLE COMPANY AND FIDELITY**
15 CITIBANK NA, a Business Entity, form    )   **NATIONAL TITLE INSURANCE**
   unknown; INVESTORS TRUST MORTGAGE )   **COMPANY/LSI AND [~~PROPOSED~~]**
16 INVESTMENT COMPANY INC., a California ) **ORDER**
   corporation; FIRST AMERICAN TITLE      )
17 COMPANY, a California Corporation;      )
   COMMONWEALTH LAND TITLE CO., a        )
18 California Corporation; FIDELITY NATIONAL)
   TITLE INSURANCE COMPANY dba LSI, an   )
19 Arizona corporation; VERDUGO TRUSTEE  )
   SERVICE CORPORATION, a California       )
20 corporation; MORTGAGE ELECTRONIC     )
   REGISTRATION SYSTEMS, a Delaware      )
21 corporation; CITIMORTGAGE INC., a New  )
   York corporation; PRIVATE NATIONAL     )
22 MORTGAGE ACCEPTANCE COMPANY,         )
   LLC, a Delaware limited liability company; CR )
23 TITLE SERVICES, INC., a Delaware        )
   corporation; STEWART TITLE OF          )
24 CALIFORNIA., a California corporation; and )
   DOES 1-100, inclusive,                  )
25                                         )
              Defendants.                  )
26 _____ )

27
    **Caldwell, et. al. v Northern Pacific Mortgage Corp. et.al.-Case No. 3:10-cv-05306-TEH     1**
28 _____

1  **STIPULATION BETWEEN PLAINTIFFS  JOHN  M. CALDWELL AND MARY  F.**
   **CALDWELL AND DEFENDANTS COMMONWEALTH LAND TITLE COMPANY**
2  **AND FIDELITY NATIONAL TITLE INSURANCE COMPANY/LSI  FOR**
   **DISMISSAL OF  COMMONWEALTH LAND TITLE COMPANY AND FIDELITY**
3  **NATIONAL TITLE INSURANCE COMPANY/LSI**

4      **IT IS HEREBY STIPULATED AND AGREED** by Plaintiffs John M. Caldwell

5  and Mary F. Caldwell and Defendants Commonwealth Land Title Company and Fidelity

6  National Title Insurance Company/LSI through their respective counsel, that  in the above

7  captioned action it is requested that the dismissal without prejudice  of Defendants

8  Commonwealth Land Title Company and  Fidelity National Title Insurance Company/LSI be

9  ordered and entered.

10      **IT IS SO STIPULATED**.

11      Dated: January 4, 2011.      **LEPERA & ASSOCIATES, PC**

12

13                                    BY:/s/Joseph A. Lepera
                                         Joseph A. Lepera, Attorneys for Plaintiffs
14                                       John M. Caldwell and Mary F. Caldwell

15      Dated: January 10, 2011.     **FIDELITY NATIONAL LAW GROUP, a division**
                                     **of Fidelity National Title Group, Inc.**
16

17                                    BY:/s/Glen H. Olives
                                         Glen H. Olives, Attorneys for Defendants
18                                       Commonwealth Land Title Company and
                                         Fidelity National Title Insurance Company/LSI
19

20                          **[PROPOSED] ORDER**

21      Pursuant to the Stipulation between Plaintiffs  John M. Caldwell and Mary F. Caldwell

22  and Defendants Commonwealth Land Title Company and Fidelity National Title Insurance

23  Company/LSI, the dismissal of Defendants Commonwealth Land Title Company and Fidelity

24  National Title Insurance Company/LSI without prejudice is hereby ordered.

25      Dated: ____1/12____, 2011.

26                          By: _____
                                THELTON E. _____
27                              Judge of _____ District of California

28  **Caldwell, et. al. v Northern Pacific Mortgage Co.** _____ cv 05306-TEH      2
   Stipulation Between Plaintiffs & Defendants Commonwealth Land Title Company &  Fidelity
   National Title Insurance Company/LSI For Dismissal of Said Defendants /Order