United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. CALDWELL and MARY F. CALDWELL,<br><br>         Plaintiffs,<br><br>   v.<br><br>NORTHERN PACIFIC MORTGAGE CORPORATION, et al.,<br><br>         Defendants. | NO. C10-5306 TEH<br><br>ORDER RE: TEMPORARY RESTRAINING ORDER |

Although the Court has serious concerns about the procedural irregularities of Plaintiffs' recent actions in this case, irreparable injury could flow from the Trustee's Sale scheduled for Monday, February 14, 2011, at 12 p.m. Pursuant to Rule 65 of the Federal Rules of Civil Procedure, the Court hereby GRANTS Plaintiffs' ex parte application for temporary restraining order. This order is issued at 3 p.m. on February 10, 2011, and is effective until 3 p.m. on February 24, 2011. Unless the parties stipulate to an alternative hearing and briefing schedule and to the extension of this order, this matter is set for hearing on Thursday, February 24, 2011, at 10 a.m. in Courtroom 2. At the hearing, the parties shall be prepared to discuss (1) Plaintiffs' untimely amended complaint filed on February 9, 2011; (2) Plaintiffs' improper notice of substitution of counsel filed on February 9, 2011; and (3) Plaintiffs' application for temporary restraining order and preliminary injunction.

//
//
//
//
//
//

1   Unless otherwise stipulated, Defendants shall respond to Plaintiffs' application for
2   temporary retraining order and preliminary injunction no later than Tuesday, February 15,
3   2011, and Plaintiffs shall file a response no later than Friday, February 18, 2011.

**IT IS SO ORDERED.**

Dated: 2/10/2011

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT