IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. CALDWELL and MARY F. CALDWELL,<br><br>                    Plaintiffs,<br><br>      v.<br><br>NORTHERN PACIFIC MORTGAGE CORPORATION, et al.,<br><br>                    Defendants. | NO. C10-05306 TEH<br><br>ORDER VACATING HEARINGS |

The Court is in receipt of the parties' briefs in response to Plaintiffs' motion to remand this case to state court. The Court is also in possession of the parties' papers regarding Plaintiffs' request for a temporary restraining order and preliminary injunction. After carefully considering the parties' written arguments on both issues, the Court finds oral argument to be unnecessary. Accordingly, the hearings scheduled for Monday, April 4, 2011, are VACATED.

**IT IS SO ORDERED.**

Dated: 3/31/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT